PD-0285-15

PD-0285-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/16/2015 7:59:15 AM
Accepted 3/18/2015 2:39:29 PM
ABEL ACOSTA
CLERK

CCA CASE NO. _____

COURT OF APPEALS CASE NO. 03-15-00035-CR

| ANDREW WOLFFORD | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS FOR |
| | § | |
| STATE OF TEXAS | § | THE STATE OF TEXAS |

### *PRO SE* MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ANDREW WOLFFORD, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file his petition for discretionary review, pursuant to Rule 10.5 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. The deadline for filing a petition for discretionary review is **March 17, 2015**.

2. The length of the extension sought is 60 days to **May 17, 2015**.

3. The facts relied on to reasonably explain the need for an extension:

My attorney on direct appeal to the Third Court of Appeals notified me late of the Court of Appeals' judgment and opinion. I will be working on this petition pro se and need time to get the record that was submitted to the Court of Appeals, research the law and prepare my petition for discretionary review. See the attached letter from my attorney on direct appeal.

4. There have been no previous extensions granted regarding the petition for discretionary review.

5. This case was on appeal to the Court of Appeals for the Third District of Texas.

6. The date of the Court of Appeals' judgment is February 13, 2015.

7. The case number in the Court of Appeals is 03-15-00035-CR; The style of

the case in the Court of Appeals is Andrew Albert Wolfford v. The State of Texas.

8. No motions for rehearing were filed or addressed; No motions for rehearing en banc were filed or addressed.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File his petition for discretionary review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By: _____

ANDREW ALBERT WOLFFORD
TDCJ No. 01965626
Larry Gist State Jail
3295 FM 3514
Beaumont, Texas 777705

APPELLANT *Pro Se*

## CERTIFICATE OF SERVICE

This is to certify that on March 17, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via regular mail, facsimile and/or email.

Andrew Albert Wolfford